UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )        Case No. 17bk18627
        BARBARA M. BERMEA                 )
                                          )        Chapter 7
        Debtor.                           )
_____  )        Honorable Timothy A. Barnes

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO SEYFARTH SHAW LLP, ATTORNEYS FOR THE CHAPTER 7 TRUSTEE,
FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES

TOTAL FEES REQUESTED:  $ 52,401.50    TOTAL COSTS REQUESTED:  $ 247.91
TOTAL FEES REDUCED:    $ 790.80       TOTAL COSTS REDUCED:    $ 0.00
TOTAL FEES ALLOWED:    $ 51,610.70    TOTAL COSTS ALLOWED:    $ 247.91

TOTAL FEES AND COSTS ALLOWED: $51,858.61

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Unreasonable Time – TOTAL of disallowed amounts: $ 374.00

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s).  *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency.  Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(2)     Insufficient Description – TOTAL of disallowed amounts: $ 148.00

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered.  *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]  Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-09 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

1

(3)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 266.80

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated:  February 22, 2021

Timothy A. Barnes
United States Bankruptcy Judge

## CASE ADMINISTRATION

| Date | Description | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 02/05/19 | Appear in court on motion to lift stay/abandon and motion to convert (1.0). | G. Paloian | 1.00 | 740.00 |
| 03/06/19 | Draft Seyfarth retention application. | J. McManus | 0.50 | 165.00 |
| 03/08/19 | Prepare application to employ Pearson Realty. | J. McManus | 0.80 | 264.00 |
| 03/11/19 | Revise Seyfarth retention application (.20); prepare Sinha Affidavit (.50); prepare Exhibit A to Sinha Affidavit (.30); prepare proposed Order (.20). | J. McManus | 1.20 | 396.00 |
| 03/11/19 | Prepare general case service list. | J. McManus | 0.40 | 132.00 |
| 03/11/19 | Revise application to employ Pearson Realty (.40); prepare A. Pearson Affidavit (.30); email A. Pearson regarding same (.10); prepare proposed Order (.10). | J. McManus | 0.90 | 297.00 |
| 03/15/19  (1) Unreas. Time | Finalize application to employ Pearson Realty for filing (.10); assemble exhibits (.20); effect filing of application (.20); finalize application to employ Seyfarth (.10); effect filing of application (.20); oversee service of same (.20). | J. McManus  Reducing .2/$66 (subtracting one "effect of filing application") | 1.00 | 330.00 |
| 03/29/19 | Communications with Debtor counsel regarding broker access to property (.20). | G. Paloian | 0.20 | 148.00 |
| 04/09/19 | Court appearance on motion to employ real estate broker D. Sinha and Seyfarth Shaw. | | 1.00 | 405.00 |
| 05/21/19 | Communicate with P. Bach regarding proof of claim (.20). | G. Paloian | 0.20 | 148.00 |
| 06/13/19 | Review proofs of claim filed by Atkin Real Estate (.20); communicate with P. Bach regarding same (.20); communicate with broker regarding price reduction for real estate (.20). | G. Paloian | 0.60 | 444.00 |
| 06/14/19 | Analyze legal basis of Atkins claim of ownership (.30); communications with P. Bach regarding unsecured proof of claim (.40); review in regarding Christina Woodruff opinion regarding tax claim purchase and unsecured claim (.70). | G. Paloian | 1.40 | 1,036.00 |
| 07/24/19 | Review claim of Atkin Real Estate (601) and recent Judge Barnes case law (.70); communicate with B. Zaczek regarding Bermea residential address and objection to claim 6-1 (.20). | G. Paloian | 0.90 | 666.00 |
| 01/27/20  (1) Unreas. Time | Communications with G. Paloian on debtor's motion for payment of homestead exemption (.5); review and respond to correspondence from P. Bach on debtor's motion for payment of homestead exemption (.3); review docket for debtor's disposable income (.5); review case law on Section 105 powers (.5); start draft of motion to evict debtor (1.0). | D. Sinha  Reduced .3/$135 | 2.80 | 1,260.00 |
| 01/28/20 | Communications with D. Sinha regarding motion to compel against Debtor (.20). | G. Paloian | 0.20 | 158.00 |

3

66654636v.1

| Date | Description | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 01/28/20 | Prepare for court on Debtor's motion to advance homestead (1.0); review prior pleadings relating to chapter 13 plan payment and disposable income (.5); communications with G. Paloian regarding appearance at scheduled hearing (.5). | D. Sinha | 2.00 | 900.00 |
| 01/29/20 | Communicate with D. Sinha regarding motion for civil contempt and closing issues (.30). | G. Paloian | 0.30 | 237.00 |
| 01/30/20 | Review/edit Motion to Hold Debtor in Contempt. | J. McManus | 0.20 | 76.00 |
| 01/31/20 | Communications with D. Sinha regarding motion for contempt (.20). | G. Paloian | 0.20 | 158.00 |
| 01/31/20 | Revise Motion to Hold Debtor in Contempt (.20); prepare prosed Order (.40); prepare certificate of service (.10); effect filing of motion (.20). | J. McManus | 0.90 | 342.00 |
| 02/06/20 | Update service list. | J. McManus | 0.10 | 38.00 |
| 02/10/20 | Communications with D. Sinha regarding contempt and surrender of premises (.20). | G. Paloian | 0.20 | 158.00 |
| 02/10/20 | Prepare for court tomorrow on contempt motion (.7); conference with G. Paloian (.2); review correspondence from D. Hernandez (.2); correspondence with B. Zaczek (.30). | D. Sinha | 1.40 | 630.00 |
| 02/24/20 | Prepare for Court hearing tomorrow on contempt. | D. Sinha | 0.50 | 225.00 |
| 02/25/20 | Court hearing on contempt (concluded) (1.0). | D. Sinha | 1.00 | 450.00 |
| 03/06/20 | Update general service list. | J. McManus | 0.20 | 76.00 |
| (1) Unreas. Time | | | Reduced to .10/$38 | |
| 07/07/20 | Communications regarding contract obligation to file homeowners exemption (.40). | G. Paloian | 0.40 | 316.00 |
| 07/23/20 | Review asset administration/abandonment. | G. Paloian | 0.20 | 158.00 |
| 08/03/20 | Email to B. Zaczek regarding status and timing of case closing. | J. McManus | 0.10 | 38.00 |
| | **TOTAL** | | **20.80** | **$10,391.00** |

## CLAIMS OBJECTIONS

| Date | Description | Timekeeper | Hours | Value |
|------|-------------|------------|-------|-------|
| 03/04/19 | Communications with B. Zaczek regarding resolution of claim objection (.20). | G. Paloian | 0.20 | 148.00 |
| 03/04/19 | Prepare for Court appearance on claim objection. | D. Sinha | 0.40 | 162.00 |
| 03/05/19 | Court appearance on claim objection. | D. Sinha | 1.00 | 405.00 |
| 03/22/19 | Review proposed order resolving claim (.20). | G. Paloian | 0.20 | 148.00 |
| 03/25/19 | Communications with B. Zaczek regarding order resolving claim objection (.20). | G. Paloian | 0.20 | 148.00 |
| 03/26/19 | Communications with Debtor's counsel regarding language resolving claim objection. | G. Paloian | 0.20 | 148.00 |
| 03/03/20 | Review Claim No. 6 by Atkin Realty and case law on unsecured property tax claim for value of property (2.0); correspondence with B. Zaczek on claim objection to Claim No. 6 (.50). | D. Sinha | 2.50 | 1,125.00 |
| 03/16/20 | Review claims. | J. McManus | 0.20 | 76.00 |
| 07/30/20 | Communicate with Debtor's counsel regarding objection to tax purchaser's claim (.20). | G. Paloian | 0.20 | 158.00 |
| 07/31/20 | Emails with B. Zaczek regarding status of objection to claim. | J. McManus | 0.20 | 76.00 |
| **TOTAL** | | | **5.30** | **$2,594.00** |

## SALE OF ASSETS/REAL ESTATE/TITLE ISSUES

| Date | Description | Timekeeper | Hours | Value |
|------|-------------|------------|-------|-------|
| 02/01/19 | Investigate value of property (.20); communications with potential broker (.20). | G. Paloian | 0.40 | 296.00 |
| 02/03/19 | Investigate value of real estate (.20). | G. Paloian | 0.20 | 148.00 |
| 02/05/19 | Investigate value of real estate (.30). | G. Paloian | 0.30 | 222.00 |
| 03/12/19 | Communications with J. McManus regarding house sale (.20). | G. Paloian | 0.20 | 148.00 |
| 03/14/19 | Telephone conferences with J. Armour regarding listing agreement and finalizing Pearson retention application (.10); revise application (.30). | J. McManus | 0.40 | 132.00 |
| 03/14/19 | Email exchanges with J. Armour regarding 4106 S. Troy listing agreement (.10); revise Pearson Affidavit (.20); revise Pearson retention application (.30). | J. McManus | 0.60 | 198.00 |
| 03/29/19 | Email to Debtor's counsel regarding assisting broker with property sale and access to property (.10); confer with J. Armour regarding same (.10). | J. McManus | 0.20 | 66.00 |
| 04/16/19 | Communicate with broker regarding marketing efforts (.20). | G. Paloian | 0.20 | 148.00 |
| 05/15/19 | Communications with J. Armour regarding offer to purchase (.20). | G. Paloian | 0.20 | 148.00 |
| 06/04/19 | Communications with J. Armour regarding sales efforts (.20). | G. Paloian | 0.20 | 148.00 |
| 06/14/19 | Case search for G. Paloian regarding In Re Christina Woodland regarding objection to Atkin Real Estate claim. | J. McManus | 0.20 | 66.00 |
| 08/15/19 | Communicate with B. Zaczek regarding Bermea residency (.20). | G. Paloian | 0.20 | 148.00 |
| 08/26/19 | Communications with J. Armour regarding contract revisions for sale of real estate (.20). | G. Paloian | 0.20 | 148.00 |
| 08/28/19 | Review and revise addendum to real estate contract (.20). | G. Paloian | 0.20 | 148.00 |
| 08/29/19 | Prepare addendum to sale (.7); edit and incorporate G. Paloian comments (.2); communications with J. Armour regarding addendum (.1). | D. Sinha | 1.00 | 405.00 |
| 10/24/19 | Review contract (.20); communications with J. Armour regarding same (.20). | G. Paloian | 0.40 | 296.00 |
| (2) Insuff. Descr. | | | Reduced to .2/ $148 | |
| 11/06/19 | Communications with J. Armour regarding sale conditions/contingencies (.20). | G. Paloian | 0.20 | 148.00 |
| 11/07/19 | Communicate with J. Armour regarding terms of real estate purchase contract (.30). | G. Paloian | 0.30 | 222.00 |

| | | | |
|---|---|---|---|
| 11/11/19 | Review sale contract regarding 4106 N. Troy (.10); email exchanges with G. Paloian regarding same (.10). | J. McManus | 0.20 | 66.00 |

| 11/22/19 | Telephone conference with buyer representative regarding bankruptcy court approval (.20). | G. Paloian | 0.20 | 148.00 |
|---|---|---|---|---|
| 11/22/19 | Review correspondence from G. Paloian on sales motion (.30); review correspondence from real estate broker J. Armour (.20); review sales contract (.50); draft section 363 motion for sale of property (1.0). | D. Sinha | 2.00 | 810.00 |
| 11/25/19 | Review and revise draft motion for sale of real property (1.0); review Cook County Recorder's deed and title records (.50); revise proposed free and clear sales older (1.0); edit and revise motion and proposed order (.50); correspondence with broker J. Armour on timing of closing on property (.50). | D. Sinha | 3.50 | 1,417.50 |
| 11/25/19 | Prepare motion to sell 4106 N. Troy. | J. McManus | 0.50 | 165.00 |
| 11/26/19 | Review filed Beamer sales motion for Troy property (.2). | D. Sinha | 0.20 | 81.00 |
| 11/26/19 | Prepare Motion to Sell 4106 N. Troy (1.40); prepare service list (.20); prepare certificate of service (.10); prepare proposed Order (.30); confer with D. Sinha regarding edits to motion (.10). | J. McManus | 2.10 | 693.00 |
| 11/27/19 | Revise motion to sell 4106 N. Troy in preparation for filing with the Court (.40); revise proposed Order (.10); assemble exhibit (.10); prepare certificate of service (.10); effect filing of motion (.20); serve same (.20). | J. McManus | 1.10 | 363.00 |
| 12/02/19 | Communications with C. Jones regarding purchase of real estate (.20). | G. Paloian | 0.20 | 148.00 |
| 12/07/19 | Conference with G. Paloian and D. Sinha regarding property disposition and sale order (.20); review Purchase and Sale Agreement (.30); draft and send correspondence to C. Jones regarding Purchase and Sale Agreement (10). | T. Pinsky | 0.60 | 309.00 |
| 12/09/19 | Correspondence with Chicago Title regarding buyer's refunded earnest money deposit; preparation of Strict Joint Order Escrow Trust Instructions. | T. Webster | 0.90 | 274.50 |
| (3) Lumping | | | Reduced 10%/$27.45 | |
| 12/09/19 | Review Purchase and Sale Agreement; telephone conference with C. Jones regarding earnest money deposit and closing; conference with T. Webster regarding Purchase and Sale Agreement and Strict Joint Order. | T. Pinsky | 1.30 | 669.50 |
| (3) Lumping | | | Reduced 10%/$66.95 | |

| 12/10/19 | Correspondence with Chicago Title regarding escrow fee; T. Webster execution of joint escrow instructions and correspondence with opposing counsel; emailed fully executed instructions to Chicago Title. | | 0.40 | 122.00 |
| (3) Lumping | | Reduced 10%/$12.20 | | |
| 12/10/19 | Review Strict Joint Order. | T. Pinsky | 0.10 | 51.50 |
| 12/12/19 | Follow-up correspondence with Chicago Title and buyer's counsel regarding escrow. | T. Webster | 0.10 | 30.50 |
| 12/17/19 | Communications regarding redemption of taxes at closing | G. Paloian | 0.20 | 148.00 |

| 12/17/19 | Prepare for court tomorrow on sales motion for Troy property (.50); communications' with property tax purchaser (P. Bach) (.20); correspondence with G. Paloian and T. Pinsky (.30). | D. Sinha | 1.00 | 405.00 |
|---|---|---|---|---|
| 12/17/19 | Conference with T. Webster regarding earnest money. | T. Pinsky | 0.10 | 51.50 |
| 12/18/19 | Court appearance on sale motion for 4106 N. Troy property (1.0); revise proposed order and circulate to all counsel for DOTF (.70). | D. Sinha | 1.70 | 688.50 |
| 12/23/19 | Draft and send correspondence to B. Lewis and C. Jones regarding earnest money deposit. | T. Pinsky | 0.10 | 51.50 |
| 12/24/19 | Draft and send correspondence to C. Jones regarding earnest money; draft and send correspondence to C. Malone regarding title commitment, conference with D. Sinha regarding status of order and closing. | T. Pinsky | 0.30 | 154.50 |
| 01/03/20 | Conference with G Paloian regarding earnest money deposit. | T. Pinsky | 0.10 | 54.00 |
| 01/07/20 | Attend to closing (.20); communicate with T. Pinsky regarding closing issues (liens) (.20). | G. Paloian | 0.40 | 316.00 |
| 01/07/20 | Review correspondence from T. Pinsky on judgment lien on property (.4); review case docket and cook county recorder of deeds information (.6). | D. Sinha | 1.00 | 450.00 |
| (1) Unreas. Time | | | Reduced .3/$135 | |
| 01/07/20 | Conference with T. Pinsky regarding title issues, including judgment against debtor, estimates of redemption, certificates of error for the taxes purchased by tax buyer. | T. Webster | 0.30 | 120.00 |
| 01/07/20 | Correspondence with MGR requesting information/applications for City of Chicago zoning and water certificates. | T. Webster | 0.10 | 40.00 |
| 01/07/20 | Review of title commitment and sale order and preparation of water and zoning applications for the City of Chicago. | T. Webster | 0.70 | 280.00 |
| 01/07/20 | Correspondence with S. Herrera regarding open items list and certificate of redemption. | T. Webster | 0.10 | 40.00 |
| 01/07/20 | Conference with T Webster regarding closing (.30); review commitment (.7); conference with S. Herrera regarding back taxes (.60); telephone call to I Atkins concerning tax purchase (.30); draft and send correspondence to C Jones regarding closing (.10); attend to water certificate (.10). | T. Pinsky | 2.10 | 1,134.00 |

| 01/08/20 | Tax Redemption figures request/pickup for property located at 4106 N. Troy St., Chicago. | D. Robinson | 1.30 | 221.00 |
| 01/08/20 | Conference with T. Webster regarding closing documents. | T. Pinsky | 0.40 | 216.00 |
| 01/09/20 | Communications regarding turnover of premises by debtor | G. Paloian | 0.20 | 158.00 |

| 01/09/20 | Follow up correspondence with MGR regarding water and zoning certificates and the legal description of 4106 N. Troy. | T. Webster | 0.10 | 40.00 |
|---|---|---|---|---|
| 01/09/20 | Preparation of Quitclaim Bill of Sale for 4106 N. Troy. | T. Webster | 0.10 | 40.00 |
| 01/09/20 | Preparation of trustee's deed for 4106 N. Troy. | T. Webster | 0.30 | 120.00 |
| 01/09/20 | Correspondence with C. Jones regarding water and zoning certificates, arranging closing date, and debtor's vacating of the property. | T. Webster | 0.20 | 80.00 |
| 01/09/20 | Draft closing statement (1.0); conference with S. Herrera regarding back taxes (.20); conference with T. Webster regarding closing and closing documents (.30). | T. Pinsky | 1.50 | 810.00 |
| 01/10/20 | Preparation of FIRPTA Certificate for sale of 4106 N. Troy. | T. Webster | 0.20 | 80.00 |
| 01/10/20 | Preparation of Quitclaim Bill of Sale for 4106 N. Troy. | T. Webster | 0.20 | 80.00 |
| 01/10/20 | Preparation of 1099 Solicitation for sale of 4106 N. Troy. | T. Webster | 0.30 | 120.00 |
| 01/10/20 | Review of initial drafts of trustee's deed, bill of sale, FIRPTA certificate, 1099 solicitation; revisions to initial drafts. | T. Webster | 0.60 | 240.00 |
| 01/10/20 | Conference with G. Paloian and D. Sinha regarding status of debtor vacating premises and water certificate. | T. Pinsky | 0.20 | 108.00 |
| 01/13/20 | Correspondence with MGR regarding debtor's unpaid water bills and water certificate. | T. Webster | 0.10 | 40.00 |
| 01/14/20 | Preparation of MyDec for sale of 4106 N. Troy Street. | T. Webster | 0.50 | 200.00 |
| 01/14/20 | Conference with T. Webster regarding water certificate and closing documents; prepare closing statement. | T. Pinsky | 1.00 | 540.00 |
| 01/16/20 | Communications with G. Paloian and T. Pinsky on closing of Troy property and debtor's possession of property (.2). | D. Sinha | 0.20 | 90.00 |
| 01/22/20 | Communications with T. Pinsky regarding water bills and occupancy issues (.20). | G. Paloian | 0.20 | 158.00 |
| 01/22/20 | Review of estimate of redemption search to determine amount to be paid to tax buyer at closing. | T. Webster | 0.30 | 120.00 |
| 01/22/20 | Prepared closing statement and sent all available invoices to title company. | T. Webster | 0.80 | 320.00 |
| 01/22/20 | Preparation of escrow instructions. | T. Webster | 1.20 | 480.00 |
| 01/22/20 | Review closing documents (2.0); draft comments to same (1.1). | T. Pinsky | 3.10 | 1,674.00 |
| 01/23/20 | Correspondence with J. Armour and T. Pinsky regarding debtor's possession of 4106 N. Troy (.5). | D. Sinha | 0.40 | 180.00 |
| 01/23/20 | Email exchanges with T. Pinsky regarding sale of property and Debtor information. | J. McManus | 0.20 | 76.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/24/20 | Correspondence with G. Paloian on debtor's possession delaying closing (.5); research section 105 case law on necessary orders to effectuate sale order (1.0). | D. Sinha | 1.00 | 450.00 |
| 01/28/20 | Telephone conference with tax buyer's counsel regarding status of closing; conference with D. Sinha regarding same. | T. Pinsky | 0.30 | 162.00 |
| 01/29/20 | Court appearance on Debtor's Motion to Advance Homestead Exemption (1.0); communications with G. Paloian regarding the same (.5); draft shell of contempt motion (.5). | D. Sinha | 2.00 | 900.00 |
| 01/30/20 | Draft motion for civil contempt (2.5) and proposed order (.5). | D. Sinha | 3.00 | 1,350.00 |
| 01/31/20 | Review sanctions motion (.3) and send email to B. Zaczek on contempt and debtor's possession of 4106 N. Troy (.5). | D. Sinha | 0.80 | 360.00 |
| 02/03/20 | Conference with D. Sinha regarding debtor vacating premises; draft and send correspondence to C. Jones regarding same. | T. Pinsky | 0.30 | 162.00 |
| 02/11/20 | Court hearing on contempt (1.0); correspondence with G. Paloian and T. Pinsky on closing (.3); phone conference with J. Armour (.1). | D. Sinha | 1.40 | 630.00 |
| 02/11/20 | Scheduled closing with title company; correspondence with Buyer's Counsel regarding the same. | T. Webster | 0.20 | 80.00 |
| 02/11/20 | Conference with D. Sinha regarding debtor vacating house; telephone conference with C. Jones regarding same. | T. Pinsky | 0.30 | 162.00 |
| 02/12/20 | Correspondence with T. Pinsky and G. Paloian on moving out / contempt of court date for Debtor (.5). | D. Sinha | 0.50 | 225.00 |
| 02/12/20 | Revisions to closing documents, including updating closing information, adding missing debtor information. | T. Webster | 0.70 | 280.00 |
| 02/14/20 | Preparation of closing checklist and correspondence with T. Pinsky regarding the same. | T. Webster | 0.20 | 80.00 |
| <u>02/14/20</u> | <u>Reviewed outstanding tax bills to determine payoff obligations as of new closing date; revised closing statement to reflect the same.</u> | <u>T. Webster</u> | <u>0.50</u> | <u>200.00</u> |
| <u>(3) Lumping</u> | | | Reduced 10%/$20 | |
| 02/18/20 | Communications regarding closing/possession issues (.40). | G. Paloian | 0.40 | 316.00 |

| | | | | |
|---|---|---|---|---|
| 02/18/20 | Review escrow instructions (1.0); draft and send correspondence to tax buyer's counsel regarding closing (.20); conference with G. Paloian and D. Sinha regarding closing (.10); draft and send correspondence to C. Jones regarding closing (.10); conference with T. Webster regarding closing (.10). | T. Pinsky | 1.50 | 810.00 |

| Date | Description | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 02/19/20 | Correspondence with B. Zaczek (.10); correspondence with J. Armour (.20); correspondence with T. Pinsky (.50) on Debtor vacation of premises and closing scheduled for 2/20/20. | D. Sinha | 0.50 | 225.00 |
| 02/19/20 | Conference with D. Sinha regarding removal of debtor from home (.40); telephone conference with C. Jones regarding closing date (.30). | T. Pinsky | 0.70 | 378.00 |
| 02/20/20 | Communications with J. Armour on move out status. | D. Sinha | 0.20 | 90.00 |
| 02/24/20 | Communications regarding real estate closing. | G. Paloian | 0.20 | 158.00 |
| 02/24/20 | Correspondence with MGR and title company regarding water and zoning certificate expiration. | T. Webster | 0.10 | 40.00 |
| 02/24/20 | Conference with D. Sinha regarding debtor vacating residence (.10); conference with T. Webster regarding closing (.40). | T. Pinsky | 0.50 | 270.00 |
| 02/25/20 | Correspondence with G. Paloian and T. Pinsky regarding sale of property (.20). | D. Sinha | 0.20 | 90.00 |
| 02/25/20 | Correspondence with tax buyer's counsel regarding tax certificate, payoff letter. | T. Webster | 0.20 | 80.00 |
| 02/25/20 | Draft and send correspondence to C. Jones regarding closing (.10); conference with T. Webster regarding closing preparation (.20). | T. Pinsky | 0.30 | 162.00 |
| 02/26/20 | Correspondence with title company to schedule closing and ask about documentation needed for title clearance; correspondence with buyer's counsel regarding same. | T. Webster | 0.30 | 120.00 |
| 02/26/20 | Conference with T. Webster regarding closing. | T. Pinsky | 0.10 | 54.00 |
| 02/27/20 | Various correspondence with title company and tax buyer's counsel regarding title clearance (payoff letter, tax sale certificate, original real estate tax open item bills). | T. Webster | 0.40 | 160.00 |
| (3) Lumping | | | Reduced 10%/$16 | |
| 02/27/20 | Conference with T. Webster regarding title clearance and tax payments (.50); review correspondence from A Minarik regarding closing (.10); draft and send correspondence to A. Minarik regarding same (.10); conference with T. Webster regarding closing. | T. Pinsky | 0.90 | 486.00 |
| 02/28/20 | Correspondence with title company and T. Pinsky regarding real estate tax open item bills; follow up correspondence with tax buyer's counsel regarding payoff letter and final tax figures. | T. Webster | 0.30 | 120.00 |
| 02/28/20 | Draft and send correspondence to A. Minarik regarding title clearance (.10); conference with T. Webster regarding tax payoffs and closing (.10). | T. Pinsky | 0.20 | 108.00 |

15

| 03/02/20 | Finalized closing statement with updated tax amounts; correspondence with tax buyer's counsel regarding same; revised and executed closing instructions | T. Webster | 0.60 | 240.00 |
| --- | --- | --- | --- | --- |

(3)
Lumping

Reduced
10%/$24

| Date | Description | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 03/03/20 | Communications with T. Pinsky regarding Bermea property issues (.20); communications with D. Sinha regarding tax buyer's unsecured claim (.30); review and approve closing statement (.20); review and execute closing statement (.20); communications with J. McManus regarding exemption issues (.20). | G. Paloian | 1.10 | 869.00 |
| 03/03/20 | Preparation of signature page packet for execution by G. Paloian as trustee; assembled executed versions of all transfer documents, prepared package with transfer documents and keys for overnight to title company; sent drafts of closing documents to Buyer's Counsel for review; preparation and submission of MyDec. | T. Webster | 2.10 | 840.00 |
| (3) Lumping | | | Reduced 10%/$84 | |
| 03/03/20 | Prepare for closing. | T. Pinsky | 2.70 | 1,458.00 |
| 03/04/20 | Communications regarding Bermea removal of property sold to house purchaser (.30); communicate regarding debtor objection to claim no. 6 (.20). | G. Paloian | 0.50 | 395.00 |
| 03/04/20 | Communications with T. Pinsky on damage to Bermea property (.50); correspondence with G. Paloian (.20). | D. Sinha | 0.70 | 315.00 |
| 03/04/20 | Attend to closing. | T. Pinsky | 3.30 | 1,782.00 |
| 03/05/20 | Communications with J. Armour and T. Pinsky regarding seller disclosures. | D. Sinha | 0.20 | 90.00 |
| 03/05/20 | Emails with T. Pinsky regarding master settlement agreement and funding sale. | J. McManus | 0.20 | 76.00 |
| 03/05/20 | Conference with D. Sinha regarding disclosures. | T. Pinsky | 0.10 | 54.00 |
| 03/09/20 | Telephone conference with broker regarding Bermea conversion of appliances and stained glass window. | G. Paloian | 0.80 | 632.00 |
| 07/08/20 | Review PSA regarding tax exemptions (.30); Review prior years' exemptions and process for obtaining exemptions (.80); conference with G Paloian regarding same. | T. Pinsky | 1.30 | 702.00 |
| 07/27/20 | Telephone conference with T. Pinsky regarding Bermea property tax freeze application. | J. McManus | 0.20 | 76.00 |
| 07/27/20 | Conference with J McManus re senior freeze application. | T. Pinsky | 0.40 | 216.00 |
| 08/19/20 | Follow-up with Debtor's counsel regarding tax form. | J. McManus | 0.10 | 38.00 |
| | **TOTAL** | | **73.30** | **$35,198.50** |

## FEE APPLICATIONS

| Date | Description | Timekeeper | Hours | Value |
|------|-------------|------------|-------|-------|
| 03/04/20 | Prepare Seyfarth's first fee application. | J. McManus | 1.10 | 418.00 |
| 03/05/20 | Review/edit time detail re: reductions. | J. McManus | 0.80 | 304.00 |
| 03/06/20 | Prepare Seyfarth fee application. | J. McManus | 0.90 | 342.00 |
| 03/16/20 | Prepare Seyfarth fee application. | J. McManus | 0.60 | 228.00 |
| 03/19/20 | Revise Seyfarth's first fee application, Exhibit 2. | J. McManus | 1.00 | 380.00 |
| 03/20/20 | Revise fee application, Exhibit 2. | J. McManus | 0.60 | 228.00 |
| 03/30/20 | Revise fee application, Exhibit 2. | J. McManus | 0.70 | 266.00 |
| 04/02/20 | Revise Seyfarth fee application pleading. | J. McManus | 0.70 | 266.00 |
| 04/03/20 | Revise Seyfarth fee application pleading. | J. McManus | 0.90 | 342.00 |
| 04/09/20 | Revise Seyfarth fee application. | J. McManus | 1.10 | 418.00 |
| 04/10/20 | Revise Seyfarth fee application. | J. McManus | 0.90 | 342.00 |
| 04/21/20 | Revise fee application, Exhibit 2.. | J. McManus | 0.80 | 304.00 |
| 05/11/20 | Update/revise fee application Exhibit 2. | J. McManus | 0.60 | 228.00 |
| 06/02/20 | Revise Seyfarth fee application, Exhibit 3. | J. McManus | 0.40 | 152.00 |
| | **TOTAL** | | **11.10** | **$4,218.00** |

| Task | Description | Hours | Value |
|------|-------------|-------|-------|
| A | Case Administration | 20.80 | $10,391.00 |
| C | Fee Applications | 11.10 | $4,218.00 |
| CC | Claims Objections | 5.30 | $2,594.00 |
| S | Sale of Assets/Real Estate/Title Issues | 73.30 | $35,198.50 |
| **Totals** | | **110.50** | **$52,401.50** |

## DISBURSEMENTS

### Filing Fees

| Date | Disbursements | Value |
|------|---------------|-------|
| 12/06/19 | Filing Fees Deirdre Mangan; RE: - U.S. TRUSTEE/Bermea - Court filing fee for Application to Sell Real Property - 4106 N. Troy; Filing Fees; on 11/27/19 (COURTS/USBC-IL-I - 11/27/19) | 181.00 |
| 01/30/20 | Filing Fees Sylvia Herrera; Cook County Clerk's Office - search to produce Bill --Estimate of Redemption for Tobi Pinsky -; Certified Copies; on 01/08/20 | 13.00 |
| | | **$194.00** |

### Copying

| Date | Disbursements | Value |
|------|---------------|-------|
| 03/27/19 | Copying   (45 copies @ $0.10 per page) | 4.50 |
| | | **$4.50** |

### Online Research

| Date | Disbursements | Value |
|------|---------------|-------|
| 02/08/19 | Online Research PACER SERVICE CENTER; 4th Quarter 2018 Charges; 01/07/2019; Invoice No. 2566560-Q42018 | 0.40 |
| 05/15/19 | Online Research PACER SERVICE CENTER; Pacer Charges 1st Quarter 2019; 04/08/2019; Invoice No. 2639351-Q12019 | 0.50 |
| 06/14/19 | ONLINE RESEARCH INVOICE: 840517032 OFFICE: CHICAGO USER: MCMANUS,JENNIFER M MULTI-SEARCH WEST REPORTER IMAGE | 4.51 |
| 01/30/20 | ONLINE RESEARCH INVOICE: 841737293 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 32.00 |
| | | **$37.41** |

### Delivery Services/Messengers

| 03/03/20 | Chicago Messenger Service Invoice Number: 123636 Invoice Date:   03/08/2020 T WEBSTE Del:CHICAGO TITLE INSURANCE CO 10    S LA SALLE ST   CHICAGO P/U:SEYFARTH SHAW LLP 233 S WACKER DR      CHICAGO | 12.00 |
|------|---------------|-------|
| | | **$12.00** |

**Total Disbursements**            **$247.91**

66678993v.1